IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641- DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Morris D. Zigler

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Indiana

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Indiana

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Indiana

7. District Court and Division in which venue would be proper absent direct filing:

   Indiana Southern District Court

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☑ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

    ☐ Denali® Vena Cava Filter

    ☐    Other: _____

11. Date of Implantation as to each product:

   12/16/2009
   _____

12. Counts in the Master Complaint brought by Plaintiff(s):
   - ☑ Count I: Strict Products Liability – Manufacturing Defect
   - ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
   - ☑ Count III: Strict Products Liability – Design Defect
   - ☑ Count IV: Negligence – Design
   - ☑ Count V: Negligence – Manufacture
   - ☑ Count VI: Negligence – Failure to Recall/Retrofit
   - ☑ Count VII: Negligence – Failure to Warn
   - ☑ Count VIII: Negligent Misrepresentation
   - ☑ Count IX: Negligence *Per Se*
   - ☑ Count X: Breach of Express Warranty
   - ☑ Count XI: Breach of Implied Warranty
   - ☑ Count XII: Fraudulent Misrepresentation
   - ☑ Count XIII: Fraudulent Concealment
   - ☑ Count XIV: Violations of Applicable  Indiana  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
   - ☐ Count XV: Loss of Consortium
   - ☐ Count XVI: Wrongful Death
   - ☐ Count XVII: Survival
   - ☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this  30  day of  October , 2018.

By: */s/ Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

I hereby certify that on this  30  day of  October , 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**