# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MORRIS D. ZIGLER, | ) | CASE NO. 1:21-cv-00422-RLY-DML |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the Parties' *Joint Stipulation of Dismissal Without Prejudice.* IT IS HEREBY ORDERED that said Stipulation is **GRANTED**, and this matter is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own attorneys' fees and costs.

SO ORDERED this 25th day of June 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to All Counsel